# Third District Court of Appeal
## State of Florida

Opinion filed March 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0785
Lower Tribunal No. F16-17929A
_____

**Melchi Thomas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before EMAS, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See Talley v. State, 260 So. 3d 562 (Fla. 3d DCA 2019) (noting that appellate courts "review the denial of a criminal defendant's request for a special jury instruction under an abuse of discretion standard."); Stephens v. State, 787 So. 2d 747, 755-56 (Fla. 2001) (noting that, on appeal from a conviction, the defendant "has the burden of demonstrating that the trial court abused its discretion in giving standard instructions" and to be entitled to a special jury instruction, the defense must establish "(1) the special instruction was supported by the evidence; (2) the standard instruction did not adequately cover the theory of defense; and (3) the special instruction was a correct statement of the law and not misleading or confusing."). See also Alvarez v. State, 890 So. 2d 389, 395-97 (Fla. 1st DCA 2004).